*Nathaniel A. Lowrey* v. *John C. Morrison et al.* C. O'-Conor, for appellant; R. P. Marvin, for respondent. Order of vice chancellor, overruling plea affirmed with costs. But without prejudice to right of appellant to apply to the vice chancellor for the proper relief, and to compel the complainant to revive the proceedings against the assignee in bankruptcy or his grantees, if he has sold the bankrupt's interest in the property in litigation.

*David Johnson et al., adm'rs, &c., of Lyman Betts, deceased,* v. *Charles C. Corbitt et al.* J. A. Lott and G. Wood, for appellants; B. W. Bonney, for Hamilton and Bradley, respondents; N. B. Morse, for the children of the decedent. Decree of surrogate reversed, with costs to appellants, to be paid out of the estate in their hands. Proceedings to be remitted to surrogate of Kings county, with directions to restate the accounts in conformity with decision.